IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 11-62162-CIV-MARRA/HOPKINS

HARRY COOPER,
an individual,

    Plaintiff,

v.

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,
a foreign corporation,

    Defendant.
_____/

Mediator: Joel Levine
Judge: Honorable Kenneth A. Marra
Conference Date: September 13, 2012

## DISPOSITION OF MEDIATION CONFERENCE

THIS CAUSE, having been submitted to Mediation before JOEL LEVINE, ESQ., Mediator, the disposition of the mediation conference is as follows:

SETTLED.

### Attendance

For Plaintiff: Gregory Dell, Esq., Cesar Gavidia, Esq., Harry Cooper

For Defendant: John Meagher, Esq., Eleanor P. Williams, Esq.

Respectfully Submitted: _/s/ Joel Levine_

September 13, 2012    Joel Levine, Mediator

cc: All Counsel of Record